JOSEPH E. BRIGHT, Respondent, v. WILLIAM C. CARR and HELEN CARR,

Appellants.— Appeal dismissed, without costs, upon stipulation filed.   Present —
Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.